KENNEDY v. McCARDEL.

After the code went into effect (January 1st, 1863) a clerk of the inferior court was not one of the officers upon whose official attestation a deed conveying land was prepared for record. The act of February 18th, 1854 (Acts 1853-54, p. 26), was superseded by section 2668 of the first code, corresponding to section 2706 of the code of 1882. The difference between the code and the act referred to is not attributable to oversight or mistake in attempting to codify the provisions of a statute, but to an obvious purpose to limit and modify the prior law, the whole subject-matter being deliberately considered and dealt with by the codifiers. *Miller* v. *Southwestern R. R. Co.*, 55 *Ga.* 143. *Judgment affirmed.*
February 15, 1892.

Deeds. Attestation. Statutes. Before Judge MILLER. Bibb superior court. April term, 1891.

Complaint for land was brought by Josephine McCardel against Mary A. McCardel. Before the trial the plaintiff died, and the case proceeded in the name of her administrator. It was admitted that both parties claimed under the same grantor, Champion. The plaintiff introduced a deed from Champion to Mitchell McCardel, dated March 11, 1865, conveying the land in dispute ; and it was admitted that both parties thereto died before this action was commenced. The plaintiff then offered a certified copy (after showing the loss of the original) of a deed from Mitchell McCardel to W. M. Riley, trustee for Mrs. Josephine McCardel, dated November 29, 1865, and purporting to convey the land in dispute. It was attested by two witnesses, one of them attesting as clerk of the inferior court of

Bibb county. . It was rejected on the ground that it. was not properly attested, the clerk of the inferior court not being an officer whose attestation would entitle the deed to be recorded. To this ruling the plaintiff excepted.

M. R. FREEMAN and HARDEMAN & NOTTINGHAM, for plaintiff, cited 42 *Ga.* 195 ; 52 *Ga.* 410; 53 *Ga.* 87; 54 *Ga.* 353; 70 *Ga.* 144; 71 *Ga.* 106, 119, 735; 72 *Ga.* 740; 76 *Ga.* 198; 78 *Ga.* 188; 82 *Ga.* 20; 86 *Ga.* 714.

L. D. MOORE and T. B. WEST, for defendant, cited 38 *Ga.* 439; 55 *Ga.* 143; 71 *Ga.* 735.